# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARY K. GRAHAM                                           Case Number: 07-71098
        1401 NINTH STREET                SSN-xxx-xx-6151
        ROCKFORD, IL  61104

                                                     Case filed on:         5/3/2007
                                                     Plan Confirmed on:
                                 U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $896.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | CITIMORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 3,000.00 | 3,000.00 | 837.76 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 837.76 | 0.00 |
| 003 | CITIMORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HAUSELMAN RAPPIN & OLSWANG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CBA | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CRUSADERS CENTRAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 1,757.75 | 1,757.75 | 0.00 | 0.00 |
|  | Total Priority | 1,757.75 | 1,757.75 | 0.00 | 0.00 |
| 999 | MARY K. GRAHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE, INC. | 10,044.98 | 10,044.98 | 0.00 | 0.00 |
| 088 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 10,044.98 | 10,044.98 | 0.00 | 0.00 |
| 005 | CITIMORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 2,787.00 | 2,787.00 | 0.00 | 0.00 |
| 008 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVANCED AMBULATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIED INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICAN EXPRESS CENTURION BANK | 1,074.90 | 1,074.90 | 0.00 | 0.00 |
| 013 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AMSHER COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMSHER COLLECTION SE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ARBOR COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ATG CREDIT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AUBURN ANIMAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BAY AREA C S | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BUR COL RECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 368.61 | 368.61 | 0.00 | 0.00 |
| 025 | CITIBANK VISA / CAPITAL ONE FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CITY OF DES PLAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COLUMBIA HOUSE DVD CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CONOCO PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | COOKING CLUB OF NORTH AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | CUNA CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | DEBT RECOVERY SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | DR. FIPPINGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DR. LYNCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | EVANSTON NORTHWEST HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | EVANSTON NORTHWEST HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ASSET ACCEPTANCE CORP | 6,417.94 | 6,417.94 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 047 | GREAT TRUST NCO BANKERS TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | KARNES MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | LITERARY GUILD | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MARGOLIS SHIFFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MERCHANTS CR | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | NORTH GROVE INTERNAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | NORTH SHORE ORAL & MAXILLOFACIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | NW COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | NW COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | OMNIUM WORLDWIDE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | RUSH NORTH SHORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | ASSET ACCEPTANCE CORP | 257.84 | 257.84 | 0.00 | 0.00 |
| 068 | SPRING PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | THE BRIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | U OF I CHICAGO COLLEGE OF DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | UNIQUE NATIONAL COLLEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | UNIVERSAL CASUALTY CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | US DEPARTMENT OF EDUCATION | 33,182.09 | 0.00 | 0.00 | 0.00 |
| 076 | US ENERGY SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | UW MADISON HOUSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | UWCU | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | VILLAGE OF HANOVER PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | VILLAGE OF PALATINE POLICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | VIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | WOMENS HEALTH FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | JOHN P. FOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ROUNDUP FUNDING LLC | 114.22 | 114.22 | 0.00 | 0.00 |
| 086 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | ROCKFORD MERCANTILE AGENCY INC | 505.50 | 505.50 | 0.00 | 0.00 |
| | Total Unsecured | 44,708.10 | 11,526.01 | 0.00 | 0.00 |
| | Grand Total: | 59,510.83 | 26,328.74 | 837.76 | 0.00 |

Total Paid Claimant:    $837.76
Trustee Allowance:      $58.24
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan